```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

         -v-

JAQUOI GRAYTON,

                 Defendant.

1:24-cr-00137-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

WHEREAS, with the Defendant's consent, his guilty plea allocution was made before Magistrate Judge Ona T. Wang on March 8, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the Defendant's guilty plea is accepted.

Defense counsel shall promptly reach out to the Probation Office to schedule an interview with the Defendant.  The Government shall provide its statement of facts to the Probation Office within the next seven days, by April 9, 2024.

Sentencing is scheduled for July 16, 2024 at 11:00 AM.  The Defendant's sentencing submission is due two weeks in advance of sentencing, by July 2, 2024.  The Government's sentencing submission is due one week in advance of sentencing, by July 9, 2024.

The parties must confer in advance regarding any monetary penalties (*e.g.*, restitution and forfeiture), and alert the Court if there are disagreements for the Court to resolve prior to sentencing.

Any proposed orders in addition to those already provided to the Court should be included with the Government's sentencing submission, at the latest.

**SO ORDERED.**

**Dated: April 2, 2024**
      **New York, NY**

                                                **MARY KAY VYSKOCIL**
                                                **United States District Judge**