```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JAQUOI GRAYTON,

                Defendant.

1:24-cr-00137-MKV

**SCHEDULING ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

The sentencing scheduled for July 16, 2024 at 11:00 AM is ADJOURNED to September 10, 2024 at 11:00 AM. The Defendant's sentencing submission is due two weeks in advance of sentencing, by August 27, 2024. The Government's sentencing submission is due one week in advance of sentencing, by September 3, 2024.

The Clerk of Court is respectfully requested to terminate the motion at docket entry 17.

**SO ORDERED.**

Dated: April 3, 2024
      New York, NY

*[signature]*
**MARY KAY VYSKOCIL**
**United States District Judge**